UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | 1:13-cv-01726-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>(Doc. 13.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br>(Doc. 12.)<br><br>DEADLINE **JULY 1, 2015**<br><br>ORDER FOR CLERK TO SERVE PLAINTIFF AT TWO ADDRESSES |

**I.　BACKGROUND**

　　Danny Caesar ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 28, 2013. (Doc. 1.) The court screened the Complaint under 28 U.S.C. § 1915 and issued an order on March 17, 2014, dismissing the Complaint for failure to state a claim, with leave to amend. (Doc. 10.) On April 17, 2014, Plaintiff filed the First Amended Complaint. (Doc. 11.)　On March 17, 2015, the court entered findings and recommendations, recommending that this case be dismissed, with prejudice, for failure to state a claim. (Doc.

1

12.)  Plaintiff was granted thirty days in which to file objections to the findings and recommendations.  (Id.)

On March 25, 2015, Plaintiff filed a motion to stay the proceedings in this action, which is now before the court.  (Doc. 13.)

## II. MOTION TO STAY

Plaintiff requests a stay of the proceedings in this action, pending the outcome of "a Proposition 36 Hearing at Santa Clara County Superior Court."  Motion, Doc. 13 at 1.  Plaintiff does not indicate when the hearing is scheduled or how long it will last; however, he asserts that he was unexpectedly returned to the Santa Clara court, without possession of his property.  Plaintiff requests the court to "put my case on hold until such time that I contact [the court] and either ask [the court] to re-open the case or dismiss it altogether, depending on the outcome of my Proposition 36 Hearing."  Id.

The Court does not lightly stay litigation, due to the possibility of prejudice to defendants.  While Plaintiff has shown good cause for a delay in the proceedings for this action, Plaintiff's only remedy is not a stay.  Plaintiff's only pending deadline in this action is to file objections to the findings and recommendations of March 17, 2015 within thirty days.  Therefore, Plaintiff shall be granted an extension of time until **July 1, 2015** in which to file objections.  Should Plaintiff require a further extension of time, he should file a motion before the current deadline expires.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay the proceedings in this action, filed on March 25, 2015, is DENIED;
2. Plaintiff is GRANTED an extension of time until **July 1, 2015** to file objections to the findings and recommendations issued by the court on March 17, 2015; and

///

///

2

3. The Clerk of Court is directed to serve Plaintiff with a copy of this order at two addresses:

    (1) Plaintiff's address of record on the court's CM-ECF case management system, and

    (2) Danny Caesar
         PFN #BZI551
         885 N. San Pedro St.
         San Jose, California  95110

IT IS SO ORDERED.

Dated:  **March 30, 2015**                 **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE