1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                    **EASTERN DISTRICT OF CALIFORNIA**
6
7   DANNY CAESAR,                     ) Case No.: 1:13-cv-01726-DAD-BAM (PC)
                                      )
8           Plaintiff,               )
                                      ) ORDER DENYING PLAINTIFF'S MOTION FOR
9       v.                           ) AN ORDER COMPELLING DISCOVERY
                                      ) RESPONSES
10  LOPEZ, et al.,                    )
                                      )
11          Defendants.              ) (ECF No. 63)
                                      )
12  _____  )

13          Plaintiff Danny Caesar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil

14  rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion to for an

15  order compelling discovery responses, dated February 14, 2018. (ECF No. 63.) Plaintiff states that he

16  served written discovery requests on January 9, 2018, but did not receive any answers as of the date of

17  his motion.

18          Under this Court's discovery and scheduling order, dated November 22, 2017, responses to

19  written discovery requests shall be due forty-five (45) days after the request is first served. (ECF No.

20  55 ¶ 2.) Accordingly, Defendants responses were not due until after Plaintiff's motion was filed.

21          Accordingly, Plaintiff's motion compelling discovery responses is HEREBY DENIED, as

22  premature.

23

24  IT IS SO ORDERED.

25      Dated:   **February 26, 2018**          /s/ *Barbara A. McAuliffe*
26                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
27
28