# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR, | ) Case No.: 1:13-cv-01726-DAD-BAM (PC) |
| Plaintiff, | ) ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | ) |
| LOPEZ, et al., | ) (Doc. 69) |
| Defendants. | ) |

Plaintiff Danny Caesar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 21, 2018, the Court directed the parties to meet and confer regarding Plaintiff's then-pending motion to compel. (Doc. 66.) On April 20, 2018, Defendants timely filed a response to that order, discussing the meet and confer. (Doc. 67.) On April 24, 2018, the Court denied Plaintiff's motion to compel regarding the remaining disputes. (Doc. 68.)

Currently before the Court is Plaintiff's motion for reconsideration of the order denying his motion to compel, filed on May 7, 2018. (Doc. 69.) In the motion, Plaintiff asserts that counsel had agreed certain items would be produced during the meet and confer process, but he has not received most of them and is uncertain as to when they will be provided. As a result, Plaintiff asserts that he requires an extension of the discovery deadline, current set for May 22, 2018, (Doc. 55), pending the receipt of the additional productions. Plaintiff also seeks reconsideration of his request for sanctions pursuant to Federal Rule of Civil Procedure 37.

1

Based on the foregoing, the Court finds it appropriate to require a response from Defendants regarding Plaintiff's motion, to be filed within twenty-one (21) days. Any outstanding productions should be provided to Plaintiff by that date, and the response should advise the Court if there are any remaining issues of dispute.

Plaintiff will be permitted to reply to Defendants' response within fourteen (14) days of it being served. Plaintiff may also re-state in his reply what kind of discovery deadline extension he requires, if any, and state his reason for the extension request. The parties may also advise the Court whether they have stipulated to any agreed, reasonable deadline extension(s).

Accordingly, it is HEREBY ORDERED that within **twenty-one (21) days** of the date of this order, Defendants shall file a response to Plaintiff's motion for reconsideration, as described above. Plaintiff shall also be permitted **fourteen (14) days** from the response to file a reply, as described above.

IT IS SO ORDERED.

Dated: **May 15, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE