# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>    Plaintiff,<br><br>v.<br><br>LOPEZ, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01726-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS<br><br>(Doc. No. 73) |

Plaintiff Danny Caesar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order to extend the deadline to file dispositive motions, from August 2, 2018 to September 4, 2018. In support, defense counsel declares that she has been gathering evidence and working on the motion, but there were some significant old records that took time to attempt to obtain, some witnesses were unavailable, and scheduling issues have caused some delays.

Good cause being shown, and because Plaintiff will not be prejudiced by the brief extension requested, Defendants' motion is HEREBY GRANTED. The deadline to file dispositive motions is extended until **September 4, 2018**.

IT IS SO ORDERED.

Dated: **August 2, 2018**                       /s/ Barbara A. McAuliffe
                                                                             UNITED STATES MAGISTRATE JUDGE