# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>        Plaintiff,<br><br>    v.<br><br>LOPEZ, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01726-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION REQUESTING A RULING ON MOTION FOR RECONSIDERATION<br><br>(Doc. No. 77) |

    Plaintiff Danny Caesar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 7, 2018, Plaintiff filed a motion for reconsideration. (Doc. No. 69.) Currently before the Court is Plaintiff's motion requesting a ruling on his motion for reconsideration. (Doc. No. 77.)

    On August 9, 2018, the District Judge denied in part Plaintiff's motion for reconsideration, and referred certain matters back to the undersigned for further consideration, if appropriate and necessary. (Doc. No. 75.) The Court addressed those matters in an order issued on August 13, 2018. (Doc. No. 76.)

    Accordingly, Plaintiff's request is HEREBY DENIED, as moot. Plaintiff should be receiving the above-described orders in the mail in due course.

IT IS SO ORDERED.

    Dated:   **August 17, 2018**            /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE