# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>  Plaintiff,<br><br>v.<br><br>LOPEZ, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-01726-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. No. 80)<br><br>**Dispositive Motions Due:** September 11, 2018 |

Plaintiff Danny Caesar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2018, the Court granted Defendants' motion to modify the scheduling order, and extended the dispositive motion deadline until September 4, 2018. (Doc. No. 74.) Currently before the Court is Defendants' second motion to modify the scheduling order, seeking a 7-day extension. (Doc. No. 80.) Defense counsel declares in support that a brief extension is needed to finish preparing the motion and the evidence in support, as some delay was experienced due to a medical emergency and other deadlines.

The Court finds that Plaintiff will not be prejudiced by the brief extension requested. Further, good cause and diligence being shown, Defendants' motion is HEREBY GRANTED. The dispositive motion deadline is extended until September 11, 2018.

IT IS SO ORDERED.

  Dated: __September 4, 2018__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE